639 A.2d 21

**LAUREL SAVINGS ASSOCIATION, Successor by Merger to Peoples Savings Association**

v.

**Robert H. HILINSKI and Louise R. Hilinski, his wife, Appellants.**

Supreme Court of Pennsylvania.

Argued March 9, 1994.

Decided March 30, 1994.

Reargument Denied August 15, 1994.

John G. Arch, Pittsburgh, for appellants.

James L. Bruggeman, Lewis E. Linn, Bruggeman & Linn, Pittsburgh, for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

PAPADAKOS, J., did not participate in the consideration or decision of this case.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.